

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT ON REMAND

David Anthony Sandoval,

Vs. No. 11-20-00247-CR

The State of Texas,

\* From the 70th District Court
of Ector County,
Trial Court No. A-19-1351-CR.

\* July 15, 2021

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment adjudicating guilt and the bill of costs to delete the $500 fine and the $600 charge for court-appointed attorney's fees assessed against Appellant with respect to the 2020 adjudication proceeding. As modified, we affirm the judgment of the trial court.